# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES F. JONES, | : | |
| Plaintiff, | : | Case No. 3:13cv00052 |
| vs. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon the Commissioner's Motion to Stay (Doc. #14) and the parties' Joint Motion for Remand. (Doc. #15). In light of the parties' Joint Motion, the Court finds that an Order entering judgment in Plaintiff's favor and against Defendant, reversing Defendant's final decision, and remanding this matter to the Social Security Administration under sentence four of 42 U.S.C. §405(g) is warranted.

On remand from this Court, the Appeals Council will remand the matter to an administrative law judge for a new hearing and a new decision, with instruction to the administrative law judge to reevaluate the entire claim, beginning at step one under the sequential evaluation set forth at 20 C.F.R. §404.1520 and 20 C.F.R. §416.920. This will specifically include a reevaluation of the medical source opinions, including the opinions of

the state agency medical consultant and Plaintiff's treating physician; a reassessment of the Plaintiff's residual functional capacity and rationale for any assessed limitations; and, if necessary, supplemental vocational expert testimony to determine whether there are a significant number of jobs that the Plaintiff could perform.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion for Remand (Doc. #15) is GRANTED;

2. The Commissioner's Motion to Stay (Doc. #14) is DENIED as moot;

3. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Order; and

4. The case is terminated on the docket of this Court.

October 17, 2013

                 s/Sharon L. Ovington
                  Sharon L. Ovington
              Chief United States Magistrate Judge